## Commonwealth *v.* Green, Appellant.

 Before Honeyman, J. 

 Argued December 11, 1968. *Samuel W. Salus, II*, Public Defender, for appellant; *Richard A. Devlin*, Assistant District Attorney, with him *Henry T. Crocker* and *William T. Nicholas*, Assistant District Attorneys, *Parker*

*H. Wilson,* First Assistant District Attorney, and *Milton O. Moss,* District Attorney, for Commonwealth, appellee.

Judgments of sentence affirmed.